✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICA K. ZUNKEL |
| Date | Signature |

| Print Name | Bar Number |
|---|---|

Address

| City | State | Zip Code |
|---|---|---|

| Phone Number | Fax Number |
|---|---|

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Jesus Ernesto Reyna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1310 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| JESUS ERNESTO REYNA, ) | |
| Defendant. ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

                  U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov

                Respectfully submitted,

DATED:    May 1, 2008        /s/ Erica K. Zunkel
                **ERICA K. ZUNKEL**
                Federal Defenders of San Diego, Inc.
                Attorneys for Jesus Ernesto Reyna